

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PERRY GAUFF                                          CIVIL ACTION

VERSUS                                               NO. 06-0842

MARLIN GUSMAN, ORLEANS PARISH                        SECTION "N"(4)
CRIMINAL SHERIFF

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Perry Gauff's Title 42 U.S.C. § 1983 complaint against Orleans Parish Criminal Sheriff Marlin Gusman is **DISMISSED WITH PREJUDICE** as frivolous pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

New Orleans, Louisiana, this _21st_ day of _August_, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____